Argued and submitted September 25, reversed and remanded December 26, 1990

LEROY W. EARP,
*Appellant,*

*v.*

Manfred MAASS,
*Respondent.*

(90-C-10017; CA A63669)

802 P2d 1303

Hari Nam S. Khalsa, Salem, argued the cause and filed the brief for appellant.

Marianne Ghim, Certified Law Student, Salem, argued the cause for respondent. With her on the brief were Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Ann Kelley, Assistant Attorney General, Salem.

Before Warren, Presiding Judge, and Riggs and Edmonds, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).